IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANDREW J. RIDDLE, | ) |
| | ) Case No. 2:03-0028 |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Griffin |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |

## ORDER

Pending before the Court on Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 7), to which Defendant has responded in opposition (Doc. No. 10), to which Plaintiff replied (Doc. No. 11). Magistrate Judge Griffin has issued a Report and Recommendation (Doc. No. 12). No objections to the Report and Recommendation have been filed.

Upon review of the record in this case, the Court finds the Magistrate Judge's Report and Recommendation to be well-founded, and thus ADOPTS it in its entirety. Accordingly, the Court hereby GRANTS Plaintiff's Motion for Judgment on the Administrative Record, in part, and REMANDS this case pursuant to sentence four of 42 U.S.C. § 405(g) in accordance with the Magistrate's recommendation. This Order terminates this Court's jurisdiction over the above-styled action, and the case is DISMISSED.

It is so ORDERED.

Entered this the _____19_____ day of September, 2005.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT